**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Mark Lewellyn Lindsey, | No. CV-09-1869-PHX-DGC |
| Plaintiff, | **ORDER** |
| vs. | |
| Peter Michael Williams; Emilie Diane Halladay; Ljubomir Peter Atanasoff; John Robert Walston, Jr.; William Lee Morris, Jr.; and Stephanie A. Stromfors, | |
| Defendants. | |

Plaintiff Mark Lindsey commenced this action by filing a pro se complaint against Defendants on September 9, 2009. Dkt. #1. Defendants Peter Williams and Emilie Halladay have filed a motion to dismiss the complaint for failure to state a claim to relief. Dkt. #25. Because Plaintiff has filed an amended complaint (Dkt. #31), the Court will deny the motion to dismiss the original complaint as moot.

**IT IS ORDERED** that Defendants' motion to dismiss (Dkt. #25) is **denied**.

DATED this 23rd day of March, 2010.

David G. Campbell
United States District Judge